Johnny L. SANDERS, Plaintiff–Appellant,

v.

CITY OF INDIANAPOLIS, et al., Defendants–Appellees.

No. 10–2649.

United States Court of Appeals, Seventh Circuit.

Argued Jan. 14, 2011.

Decided Jan. 20, 2011.

Patrick Stern, Indianapolis, IN, for Plaintiff–Appellant.

Kobi M. Wright, Office of the Corporation Counsel, Indianapolis, IN, for Defendants–Appellees.

WILLIAM J. BAUER, Circuit Judge, ILANA DIAMOND ROVNER, Circuit Judge, DIANE P. WOOD, Circuit Judge.

**ORDER**

This case is affirmed for the reasons stated by the district court.